In the Matter of ARLINGTON C. HALL, Appellant, against EDWARD P. LEONARD, as Borough Superintendent of Buildings for Borough of the Bronx, Respondent.

Argued February 27, 1941; decided April 17, 1941.

*Raymond R. Stringham, William Alston Lamb* and *Charles Lamb* for appellant.

*William C. Chanler,* Corporation Counsel (*Charles C. Weinstein* and *Bernard Friedlander* of counsel), for respondent.

*A. Joseph Geist, Theodore Kadin* and *Karl Leibel* for Chamber of Commerce of the Rockaways, *amicus curiæ.*

*J. M. Richardson Lyeth* and *Robert L. Fay* for Fieldston Property Owners Association, Inc., et al., *amici curiæ.*

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.